UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joan Ifediba Ochei

Write the full name of each plaintiff.

26 CV 6603

(Include case number if one has been assigned)

-against-

Verizon Citigroup et al.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes ☐ No

RECEIVED
SDNY PRO SE OFFICE
2026 JUL 31 PM 4:20

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Consumer Fraud and Abuse Act, Federal Trade Commission Acts, Unfair and Deceptive Acts and Practices, Identity Theft Electronics Fraud and Abuse. Federal Telecommunication Act - Unlaw account Takeover Fair and Accurate Credit Transaction and Reporting, Consumer Financial Protection Act, Fourth Amendment Protection - Fourteenth Amend.

### B. If you checked Diversity of Citizenship

**1. Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff , ______________________________, is a citizen of the State of
(Plaintiff's name)

____________________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

____________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ____________________, is a citizen of the State of
(Defendant's name)

____________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

____________________.

If the defendant is a corporation:

The defendant, Verizon and Citigroup., is incorporated under the laws of the State of Delaware,

and has its principal place of business in the State of New York

or is incorporated under the laws of (foreign state) ____________________

and has its principal place of business in ____________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Joan Ifediba Ochei
First Name Middle Initial Last Name

317 West 45th Street, Apt 420,
Street Address

New York NY 10036.
County, City State Zip Code

Landline phone: (212) 262-7882 joanio12@icloud.com
Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Verizon - Phone: 212-395-1000

First Name Last Name

Telecommunication Company.

Current Job Title (or other identifying information)

1095 Avenue of the America

Current Work Address (or other address where defendant may be served)

New York NY 10036.

County, City State Zip Code

Defendant 2: Citigroup - Phone: (800) 285-3000.

First Name Last Name

388 Greenwich Street

Current Job Title (or other identifying information)

New York, NY 10013.

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: Plaintiff's Home, Online bank account, personal bank account

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Plaintiff's Home, bank and Telecommunication account

Date(s) of occurrence: Verizon attack began since around 2013, Citigroup attacks began since around 2016.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please see Plaintiff's Declaration and attached documents

Due to Cyper attack that caused a lockout to all items in plaintiff's electronics device, plaintiff does not have access to numerous documents that are vital to this case.

Plaintiff intend to submit these documents upon resolution of this lockout of her devi[illegible]

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Loss of access to various personal data, including online banking record, social service records, social media, managed Healthcare accounts, Consumer Financial reporting and protection accounts in connection to lack of wireless telephone access that is necessary for Identity Verification by text message. ~~Loss of~~ Damaged to personal property

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Emergency resolution of above issues, including Order of Protection against kidnapping and involuntary confinement. Appointment of Attorney.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

7/31/26 — Dated

[signature] — Plaintiff's Signature

Joan — First Name; Ifediba — Middle Initial; Ochei — Last Name

317 West 45th Street Apt 420 — Street Address

New York — County, City; NY — State; 10036 — Zip Code

landline phone: (212) 262-7882 — Telephone Number

joanio12@icloud.com — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

#5

3:28 SOS

identitytheft.gov

Copy of Plaintiff's Identity Theft Report

An official website of the United States government

Here's how you know

FEDERAL TRADE COMMISSION
IdentityTheft.gov

Hi, ekwy@joaniochei.com Logout

Please review and sign your identity theft report.
This is your official statement about what happened to you.
Review the details in each section below.
Click Update to make any changes.

## Your Information

First name:
**Joan**

Middle name:
**Ifediba**

Last name:
**Ochei**

Country:
**USA**

Primary phone number:
**212-262-7882**

S dary phone number:

Email address:
Ekwy@joaniochei.com

3:28 SOS

identitytheft.gov

Email address:
Ekwy@joaniochei.com

Date of birth:
11/20/1958

Street address:
317 W 45th Str apt 420 NY NY 10036

Apt. Number / PO Box:
PO Box 1399

City:
New York

State:
NY

Zip code:
10159

You have lived at this address since:
9 / 1987

Update

## Details about the identity theft

Incident: Frauduler
Card

What company or bank issued the credit card?

3:29 SOS

identitytheft.gov

Details about the identity theft

## Theft Incident: Fraudulent Charges to My Credit Card

What company or bank issued the credit card?
**CBNA as reported by Equifax**

Name of a company representative that you spoke to:
**Equifax agents**

Company's phone number:
**888-378-4329**

Company's email address:

If you know, tell us when the fraudulent charges began.

When did you first notice the problem?
**9/2025**

If you know, estimate the total fraudulent charges.
**10000**

Account number:
**xxxx-xxxx-xxxx-1039**

## Theft Incident: Fraudulent Mobile Phone Account

What company opened the fraudulent account?
**Boost Mobile**

Name of a company representative that you spoke to:

Mobile customer care-s

Company's phone number:

3:29 SOS

identitytheft.gov

Company's phone number:
**833-502-6673**

Company's email address:

If you know, tell us when the account was opened.
**5/2026**

When did you first notice the problem?
**9/2025**

If you know, estimate the total fraudulent charges.
**34**

Account number:
**75366522020730**

Update

Add a Theft

## Details about the person that used your identity

First name:
**Unknown**

Middle name:

Last name:

ny name (if applicable):

Street address (including apartment info):

3:29 SOS

identitytheft.gov

Street address (including apartment info):

Country:
**UNITED STATES**

City:

State:

Zip code:

Phone number:
**000-000-9852**

Email address:

Relationship:
**Other**

How did the suspect get your information?
**Other (describe in comment field)**

Do you have any additional information about the suspect?
**On 5/28/26, due to unavailability of eSIM service, I cancelled an online order. But Boost used my order ID to send a SIM card to my address, set up an account with phone _ ending in 9852, and set up an autopay with my debit card number**

Update

'itional Informa

Have you reviewed a copy of your credit report?
Yes

3:29 SOS

identitytheft.gov

# Additional Information

Have you reviewed a copy of your credit report?
**Yes**

Was any personal information wrong in your credit report?
**Names: Joan I Ochei,correct name Joan Ifediba Ochei; Addresses: My Street address removed from credit report**

When you apply for credit, the lender places an inquiry in your file. Inquiries are listed near the end of your credit report. If you see any inquiries that you didn't initiate, please list them here:

Have you contacted your local police department?
**No**

Police department:

State:

Have you requested a fraud alert from one of the three national bureaus (Equifax, Experian, TransUnion)?
**Yes**

When did you place the fraud alert?
**6/6/2026**

Was your personal information exposed in a data breach?
**Yes, or I don't know**

H' debt collector contacted '
't yours?
No

3:30 SOS

identitytheft.gov

Yes

Update

## Personal Statement

When I cpntacted Boost Mobile on 5/28/26, to activate an eSIM I purchased online, an agent confirmed that eSIM service.was unavailable, and that a SIM card would arrive at my address in about 7 days. In response to inquiries about an email regarding an account set up and a shipment with tracking_ 1Z0R954E0408017284, an agent advised me to ignore the message. A week after requesting a refund for the online eSIM purchase with order_ 75366322020730, my bank confirmed that my refund had completed. During my phone call on 6/21/26, about an email with $22.56 bill from Boost, I found out that Boost had used my personal ID to set up an account with phone_ ending in 9852, with an autopay from my debit card account. During this call, agents gave false information about Boost's fraud reporting policy, demanded that I provide personal ID plus SSN over the phone, and declined request to delete all my accounts. Equifax removed my phone number and a CBNA credit account_ 1039 from my credit report

Update

#6

Copy of Plaintiff Identity Theft Report

4:13 SOS

identitytheft.gov

An official website of the United States government

Here's how you know

FEDERAL TRADE COMMISSION

IdentityTheft.gov

Hi, ifed@joaniochei.com Logout

Please review and sign your identity theft report.
This is your official statement about what happened to you.
Review the details in each section below.
Click Update to make any changes.

## Your Information

First name:
**Joan**

Middle name:
**Ifediba**

Last name:
**Ochei**

Country:
**USA**

Primary phone number:
**212-262-7882**

S... dary phone number:

Email address:
Ifed@joaniochei.com

4:14 SOS

identitytheft.gov

212-262-7882

Secondary phone number:

Email address:
lfed@joaniochei.com

Date of birth:
**11/20/1958**

Street address:
**317 W 45 St Apt 420 NY NY 10036**

Apt. Number / PO Box:
**PO Box 1399**

City:
**New York**

State:
**NY**

Zip code:
**10159**

You have lived at this address since:
**9 / 1987**

Update

ails about the

4:14 SOS

identitytheft.gov

# Details about the identity theft

## Theft Incident: Credit Card Opened by the Thief

What company or bank issued the credit card?
**Citicards Citigroup**

Name of a company representative that you spoke to:
**Customer Care agents**

Company's phone number:
**888-275-2484**

Company's email address:
**Customercareunit@citi.com**

If you know, tell us when the account was opened.

When did you first notice the problem?
**10/2022**

If you know, estimate the total fraudulent charges.
**5000**

Account number:
**xxxx-xxxx-xxxx-2847**

## Theft Incident: Fraudulent Charges to My Credit Card

What company or bank issued the credit card?
**Citicards Citigroup**

N' of a company representa'

te Account Recovery

Company's phone number:

4:14 SOS

identitytheft.gov

Name of a company representative that you spoke to:
**Jeanette Account Recovery**

Company's phone number:
**800-846-8444**

Company's email address:
**Customercareunit@citi.com**

If you know, tell us when the fraudulent charges began.
**10/2016**

When did you first notice the problem?
**10/2022**

If you know, estimate the total fraudulent charges.
**660**

Account number:
**5424181424551039**

## Theft Incident: Fraudulent Bank Debits or Withdrawals

Which bank or credit union is your account with?
**Citibank Citigroup**

Name of a company representative that you spoke to:
**Citibank Customer Care agents**

Company's phone number:
**888-248-4226**

C any's email address:
**ercareunit@citi.com**

If you know, tell us when the fraudulent charges

4:14 SOS

identitytheft.gov

Company's email address:
**Customercareunit@citi.com**

If you know, tell us when the fraudulent charges began.

When did you first notice the problem?
**10/2022**

If you know, estimate the total fraudulent charges.
**5000**

Account number:
**5262183986573869**

Routing Number:

## Theft Incident: Fraudulent Mobile Phone Account

What company opened the fraudulent account?
**Verizonwireless**

Name of a company representative that you spoke to:
**Verizon Fraud Department Account Recovery**

Company's phone number:
**800-652-0644**

Company's email address:

If you know, tell us when the account was opened.

When did you first notice the problem?
**10/2022**

now, estimate the total

4:15 SOS

identitytheft.gov

10/2022

If you know, estimate the total fraudulent charges.
**168**

Account number:
**3562426810001**

## Theft Incident: Fraudulent Charges to My Landline Phone Account

What company provided the service?
**Verizon**

Name of a company representative that you spoke to:
**Verizon Fraud Department Account Takeover**

Company's phone number:
**800-837-4966**

Company's email address:

If you know, tell us when the fraudulent charges began.
**3/2013**

When did you first notice the problem?
**10/2022**

If you know, estimate the total fraudulent charges.
**50000**

Account number:
**557-xxx-xxx-0001-12**

date

4:15 SOS

identitytheft.gov

# Details about the person that used your identity

First name:

**Joan I Ochei I**

Middle name:

Last name:

Company name (if applicable):

Street address (including apartment info):

**IrvingtonNJ 07111 Tiverton RI 02878**

Country:

**UNITED STATES**

City:

State:

Zip code:

Phone number:

Email address:

**Frxxxx@cox.net**

Relationship:

**Other**

How did the suspect get your information?

**Had access through relationship with consumer**

D... u have any additional info...

...t?

Suspect used my Verizon landland, and wireless phone numbers with area code 212, 917, and a

4:15 SOS

identitytheft.gov

Do you have any additional information about the suspect?
**Suspect used my Verizon landland, and wireless phone numbers with area code 212_917, and a distortion of my name (as Joan I Ochei I) to open accounts in NJ and RI**

Update

# Additional Information

Have you reviewed a copy of your credit report?
**Yes**

Was any personal information wrong in your credit report?
**Names: Joan I Ochei; Addresses: 317 W 45 St NY NY 10036 listed as former addr**

When you apply for credit, the lender places an inquiry in your file. Inquiries are listed near the end of your credit report. If you see any inquiries that you didn't initiate, please list them here:
**Equifax Consimer Service Cons RPT**

Have you contacted your local police department?
**No**

Police department:

State:

…ou requested a fraud al… n… …al bureaus (Equifax, Exper…
Yes

4:24 SOS

identitytheft.gov

# Additional Information

Have you reviewed a copy of your credit report?
**Yes**

Was any personal information wrong in your credit report?
**Names: Joan I Ochei; Addresses: 317 W 45 St NY NY 10036 listed as former addr**

When you apply for credit, the lender places an inquiry in your file. Inquiries are listed near the end of your credit report. If you see any inquiries that you didn't initiate, please list them here:
**Equifax Consimer Service Cons RPT**

Have you contacted your local police department?
**No**

Police department:

State:

Have you requested a fraud alert from one of the three national bureaus (Equifax, Experian, TransUnion)?
**Yes**

When did you place the fraud alert?
**6/7/2026**

Was your personal information exposed in a data breach?
**Yes, or I don't know**

lebt collector contacted

th... ..n't yours?

Yes

4:24 SOS

identitytheft.gov

10036 listed as former addr

When you apply for credit, the lender places an inquiry in your file. Inquiries are listed near the end of your credit report. If you see any inquiries that you didn't initiate, please list them here:
**Equifax Consimer Service Cons RPT**

Have you contacted your local police department?
**No**

Police department:

State:

Have you requested a fraud alert from one of the three national bureaus (Equifax, Experian, TransUnion)?
**Yes**

When did you place the fraud alert?
**6/7/2026**

Was your personal information exposed in a data breach?
**Yes, or I don't know**

Has a debt collector contacted you about an account that isn't yours?
**Yes**

Were there any fraudulent accounts included in your credit report?
**Yes**

Update

4:24 SOS

identitytheft.gov

# Personal Statement

The people operating these fraud have taken control of my debit/credit, phone numbers, online, and NYPL accounts in ways that allow them to intercept and block my online _ NYPL activities, phone calls, and bank accounts. Anytime I call Citi, my calls get routed to countries like Philippines, India, and South America. When I call Verizon, my call gets intercepted. In 10/2016 Citibank began blocking me from accessing my acct_ 1039. and began cloning this 1039 acct with acct_ 0233. On 2/24/24, Citi repllaced my debit card with a defective contactless chip with a counterfeit one. When I try to access my accts online, an error message showing that my personal ID do not match my Citi acct record blocks me. On 5/2026, while viewing my acct with a new ATM card, I saw a credit acct _ 2847 listed on ATM screen as my acct. On 6/2/26, I noticed that the credit acct _ 1039 was not listed in my Equifax credit report Verizon theft of my account block me from buying and using mobile phone service

Update

Preview

Cancel and return to dashboard

Finalize

#7

Copy of Plaintiff's Identity Theft Report

2:42 SOS

identitytheft.gov

An official website of the United States government

Here's how you know

FEDERAL TRADE COMMISSION
IdentityTheft.gov

Hi, c_tina@joaniochei.com

Logout

Please review and sign your identity theft report.
This is your official statement about what happened to you.
Review the details in each section below.
Click Update to make any changes.

## Your Information

First name:
**Joan**

Middle name:
**Ifediba**

Last name:
**Ochei**

Country:
**USA**

Primary phone number:
**212-262-7882**

S dary phone number:

Email address:
C_tina@joaniochei.com

2:43 SOS

identitytheft.gov

USA

Primary phone number:
**212-262-7882**

Secondary phone number:

Email address:
**C_tina@joaniochei.com**

Date of birth:
**11/20/1958**

Street address:
**317 W 45th Str Apt 420 NY NY 10036**

Apt. Number / PO Box:
**PO Box 1399**

City:
**New York**

State:
**NY**

Zip code:
**10159**

You have lived at this address since:
**9 / 1987**

Update

Details about the identity theft

2:43 SOS

identitytheft.gov

# Details about the identity theft

## Theft Incident: Fraudulent Charges to My Credit Card

What company or bank issued the credit card?
**Citicards Citigroup**

Name of a company representative that you spoke to:
**Jeanette Account Recovery Agent**

Company's phone number:
**800-846-8444**

Company's email address:
**Customercareunit@citi.com**

If you know, tell us when the fraudulent charges began.
**8/2013**

When did you first notice the problem?
**5/2022**

If you know, estimate the total fraudulent charges.
**100000**

Account number:
**5424181424551039**

## Theft Incident: Fraudulent Charges to My Credit Card

What company or bank issued the credit card?
ds citigroup

Name of a company representative that you spoke to:

2:44 SOS

identitytheft.gov

## Theft Incident: Fraudulent Charges to My Credit Card

What company or bank issued the credit card?
**Citicards citigroup**

Name of a company representative that you spoke to:
**John Edward agent with Indian accent**

Company's phone number:
**800-950-5114**

Company's email address:
**Customercareunit@citi.com**

If you know, tell us when the fraudulent charges began.
**1/2020**

When did you first notice the problem?
**5/2022**

If you know, estimate the total fraudulent charges.
**73000**

Account number:
**5424181529480233**

## Theft Incident: Fraudulent Email or Social Media Account

What email or social media service was involved?
**Facebook, Instagram, Whatsapp, Google, X**

Name of a company representative that you spoke to:
**Support Assistance**

Company's phone number:

2:44 SOS

identitytheft.gov

Name of a company representative that you spoke to:
**Online Support Assistance**

Company's phone number:

Company's email address:

If you know, tell us when the fraud began.
**10/2019**

When did you first notice the problem?
**5/2022**

If you know, estimate the total fraudulent charges.
**100000**

## Theft Incident: Fraudulent Government Benefits

With which government agency did the suspect apply for benefits?
**NYC HUMAN RESOURCES ADMINISTRATION**

If you know, tell us when the suspect applied for or received the benefit.
**8/2021**

When did you first notice the problem?
**5/2022**

If you know, please estimate the benefit amount.
**10000**

## Theft Incident: Fraudulent Charges to My I 'line Phone Account

\ .ompany provided the se.
Verizon

2:44 SOS

identitytheft.gov

# Theft Incident: Fraudulent Charges to My Landline Phone Account

What company provided the service?
**Verizon**

Name of a company representative that you spoke to:
**Verizon Fraud Department Account Recovery**

Company's phone number:
**877-230-9104**

Company's email address:

If you know, tell us when the fraudulent charges began.
**3/2013**

When did you first notice the problem?
**5/2022**

If you know, estimate the total fraudulent charges.
**500**

Account number:
**557-xxx-xxx-0001-12**

Update

Add a Theft

ails about the

used your identity

2:44 SOS

identitytheft.gov

# Details about the person that used your identity

First name:
**Joan I Ochei I**

Middle name:
**I**

Last name:
**Ochei I**

Company name (if applicable):

Street address (including apartment info):

Country:
**UNITED STATES**

City:

State:

Zip code:

Phone number:
Email address:
**Frxxxxx@cox.net**

Relationship:
**Other**

How did the suspect get your information?
**Had access through relationship with consumer**

have any additional infc
t?

Reverse lookup of my landland phone 212-262-7882,

2:45 SOS

identitytheft.gov

Do you have any additional information about the suspect?

**Reverse lookup of my landland phone 212-262-7882, and my mobile phone 917-514-5474 show the same info about suspect's distortion of my name as Joan I Ochei I. Suspect's Addresses, Irvington NJ, 07111, Tiverton RI 02878. Email as shown above**

Update

# Additional Information

Have you reviewed a copy of your credit report?

**Yes**

Was any personal information wrong in your credit report?

**Names: Joan I Ochei; Addresses: 317 W 45 Str NY NY reported as former address**

When you apply for credit, the lender places an inquiry in your file. Inquiries are listed near the end of your credit report. If you see any inquiries that you didn't initiate, please list them here:

Have you contacted your local police department?

**No**

Police department:

State:

...ou requested a fraud al... n... ...al bureaus (Equifax, Expe...

Yes

2:45 SOS

identitytheft.gov

NY reported as former address

When you apply for credit, the lender places an inquiry in your file. Inquiries are listed near the end of your credit report. If you see any inquiries that you didn't initiate, please list them here:

Have you contacted your local police department?
**No**

Police department:

State:

Have you requested a fraud alert from one of the three national bureaus (Equifax, Experian, TransUnion)?
**Yes**

When did you place the fraud alert?
**6/6/2026**

Was your personal information exposed in a data breach?
**Yes, or I don't know**

Has a debt collector contacted you about an account that isn't yours?
**Yes**

Were there any fraudulent accounts included in your credit report?
**Yes**

Update

Personal Statement

2:45 SOS

identitytheft.gov

# Personal Statement

On 10/16/16, Citi began blocking me access to acct_ ends in 1039, delinked and in 2019 closed the acct. Citi failed to respond to complaints, including one with the CFPB in 2020. On 1/16/23, image with same name but acct_0233 appeared on ATM screens. In 2023 SEC VIOLATION warnings forced merchants to decliine payment with card_ 0233 with different name In 2023, Citi decreased credit limit in card_: 0233 from $8800 to $500 and began blocking access. While failing to respond to inquiries about these cards, in 2025, I received card_0233, In 4/2026, Citicards closed the acct _ 0233. During phone inquiries about the 2 closed accounts, an agent demanded that I provide my full SSN and other personal info over the phone. When I asked Citi agents why I received an IRS FORM 1099-C with a $659.88 debt discharge on acct_1039, agents directed me to contact a company named CALVARY who supposedly purchased my account from Citi. On 6/2/26, acct_ 1039 was not listed in my Equifax online credit report

Update

Preview

Cancel and return to dashboard

Finalize

#8 Copy of Plaintiff's linked account with a Fraudulent Thank You Preferred Credit Account ~~added~~. #2847




OK, for which account?
Regular Checking
- 9387
Savings Plus
- 2750
® Preferred
- 2847
9387
2750
2847
Show Balances
Go Back


Savings Plus
- 2750
- 2847
Show Balances
Go Back


OK, for which
Savings Plus
- 2750
Regular
Checking
2750
9387


OK, for which ac
Regular Checking
- 9387
Savings Plus
- 2750
9387
2750
Show Balances
Go Back
Menu

#9.




Copy of Plaintiff online banking State with the 9 missing (CD) account # (See the next page for a discription of this missing (CD) account

5:34 SOS

Done **June2026**

| | | |
|---|---|---|
| 06/30/26 | Citibank® Savings Plus | $40.77 |

*Safety Check transfers: No more than $99,999.99 per statement period will be transferred from your Contributing Account to cover overdraft amounts or use of uncollected funds in your checking account.*

## Savings

Citibank® Savings Plus Account Activity

**Citibank® Savings Plus 9993852750**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/01/26 | Opening Balance | | | 40.77 |
| 06/30/26 | Closing Balance | | | 40.77 |

APY and Interest Rate. Annual percentage yields (APY) and interest rates on variable rate accounts may change. At our discretion, we may change the Interest Rate on your variable rate account at any time. The Interest Rate is determined by the Relationship Tier that is applicable to your variable rate account. Please see your Client Manual Agreement for more information. We may assign the same interest rate to more than one balance range, but Citi reserves the right to apply an interest rate based on your account balance. Please see your Client Manual Agreement for Account balance ranges.



## Savings Continued

Certificates of Deposit

| Type | Number | Maturity | Interest Rate | Annual Percentage Yield | Interest Credited in Period | Balance as of 06/30/26 |
|---|---|---|---|---|---|---|
| 5 Month CD | 12025231284 | 08/09/26 | 3.44% | 3.50% | $18.33 | ~~$[illegible]~~ |
| 5 Month CD | 12027106620 | 07/29/26 | 3.44% | 3.50% | $91.60 | ~~$22,445.83~~ |
| Total Certificates of Deposit | | | | | | ~~$[illegible]~~ |

Certificate of Deposit (CD) APY and Interest Rate are provided at CD opening, and the Interest Rate is fixed for the CD term (except Step Up CDs as described in your Client Manual Agreement). Unless otherwise indicated in your rate sheet, the APY and Interest Rate for a CD apply to all balance ranges. The APY assumes interest remains on deposit until maturity. A penalty will be imposed for early withdrawal. The No Penalty CD allows full withdrawals six days after deposit without penalty.



**Important Disclosures**

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined into one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**TRANSACTIONS OUTSIDE OF YOUR HOME COUNTRY - FOR NON-US PERSONS ONLY**
Transactions may be executed outside of your country and without any participation from any Citigroup or Citibank subsidiary, branch or affiliate in your country. Some products may not be registered with the Financial Regulatory body of your country governing such financial products, nor may they be governed or protected by the laws and regulations of your country. Products and services offered by Citi and its affiliates are subject to the applicable local laws and regulations of the jurisdiction where they are booked and offered. Not all accounts, products, and services as well as pricing are available in all jurisdictions or to all customers. Your country of citizenship, domicile, or residence may have laws, rules, and regulations that govern or affect your application for and use of our accounts, products and services, including laws and regulations regarding taxes, exchange and/or capital controls.

If your country of residence is other than the United States, or the Commonwealth of Puerto Rico, you acknowledge that you are responsible for, and agree that you will comply with, all laws, regulations, and rules applicable to your accounts, products and services with us, including any tax, foreign exchange, or capital controls, and for all payments, reporting or filing requirements that may apply as a result of your country of citizenship, domicile, or residence.

**CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT**
**FDIC Insurance:**
Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.
**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visit Citi.com or call 1-800-627-3999. For TTY, we accept 711 or other Relay Service.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

When you initiate a payment by phone, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone. For additional information about canceling an ACH payment, see your Client Manual Agreement for details.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
**The following special procedures apply to errors or questions about international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number, 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address, 3) the dollar amount of the transfer, 4) the reference code for the transfer, and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
***Average Daily Balance:*** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
***Interest Charge:*** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days the rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
***Payment Instructions:*** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 71051, Philadelphia, PA 19176-1051.** For phone payments accepted through our Collections Department, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone.
***Other Information:*** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

6:43 SOS

◀ Passwords

| | | |
|---|---|---|
| + | [redacted]... <br> Jun 8, 2026 | $500.00 <br> Posted |
| + | ~~CHECK~~ # 894 <br> May 18, 2026 | -$1,500.00 <br> Posted |
| + | CASH WITHDRAWAL 05/16 01:05... <br> May 18, 2026 | -$100.00 <br> Posted |

**View All Transactions** >



**See Offers For You!**

We've made viewing them quick and convenient. It only takes a few clicks.

**View Offers** >

**Your Team at Citi**

**Alex Reynoso**
Personal Banker
401 West 42nd Street New York NY US

**Get Connected**

**I want to...**

online.citi.com — Private

Explore all the benefits of being a Citi

11:06 SOS

online.citi.com

**Ravo**
Connected

Thank you for the confirmation. Please allow me a moment to check the details for you.

You haven't responded in a while. Please send a message to keep this conversation open.

"Click on Services and select Banking Services.
Click on Link Citi Accounts.
Select the account type from the drop-down menu.
Enter the account or card number.
Enter a phone number.
Click Next.
A confirmation pop-up will appear.
Click OK to continue.
A confirmation screen will appear indicating your account is linked. You then have the option to link another account and/or nickname your linked account.
"

li

11:12 SOS

online.citi.com

Citi® Bot
Connected

Hi, Joan. I'm Citi® Bot, and I'm here to help with your account questions.

Here are a few of the many topics I can help you with or feel free to ask a question.

10:45 AM

Why is one of my 2 CD accounts not shoeing

✓ Read

I'm still learning about questions about Certificates of Deposits, so I can't answer that just yet.

10:46 AM

You can ask me about something else or chat wit' 10' help.

Balance Information
Replace My Card
Card Not Working
Account & Routing Number
See more

*Write a message...*


11:12
SOS
online.citi.com
Citi® Bot
Connected
can ask me about something else
ıat with a representative for more
10:46 AM
Chat with representative
I will chat with a human agent
Read
Which account would you like to check?
Checking...9387
Savings Plus Account...2750
Certificate of Deposit...6620
Ac
Balance Information
Replace My Card
Card Not Working
Account & Routing Number
See more
Write a message...

11:12 SOS

online.citi.com

Citi® Bot
Connected

Certificate of Deposit...6620

Account isn't listed here

A CD account that will be maturing in August is not listed here

Read

If you'd like to apply for an account, you can visit the Products & Offers page.

Go to Products & Offers

Sure, I'll connect you with a representative. I'm always learning new things, so maybe I'll be able to help next time.

You're now connected to: Ravo

Thank you for waiting. You are now connected with Ravo

Balance Information

Replace My Card

Card Not Working

Account & Routing Number

See more

*Write a message...*

11:12 SOS

online.citi.com

Citi® Bot
Connected

Thank you for waiting. You are now connected with Ravo

Welcome
to Citi Live Chat. We are sharing a link with access to information regarding the Account Disclosure, Agreement, Fee Schedule, or Notice applicable for your banking relationship.

[https://www.citi.com/policies/account-agreements-and-notices" target="_blank">https://www.citi.com/policies/account-agreements-and-notices](https://www.citi.com/policies/account-agreements-and-notices)

As
a valued customer, we appreciate the opportunity to serve you and are available 24/7 for your assistance. How may I ass...

Balance Information | Replace My Card

Card Not Working | Account & Routing Number

See more

*Write a message...*

11:12 SOS

online.citi.com

Citi® Bot
Connected

a valued customer, we appreciate the opportunity to serve you and are available
24/7 for your assistance. How may I assist you today?

Why is a CD account that is maturing in August 2026 not listed here 10:51 AM

✓ Read

I am so sorry for the inconvenience this has caused you, Joan.

Could you please confirm the last 2 digits of the account number. I'll get your account reviewed. 10:52 AM

I can see 2

Balance Information

Replace My Card

Card Not Working

Account & Routing Number

See more

Write a message...

11:13 SOS

online.citi.com

**Citi® Bot**
Connected

I can see 2 CD's under your profile.

You haven't responded in a while. Please send a message to keep this conversation open.

It's been over 4 minutes 15 seconds since we've heard from you. If we don't hear from you, the conversation will end. You can start a new conversation at any time.

I don't have the requested information. Beside this CD should be part of my account. So I do not have to provide any information to get an answer to my inquiry

Delivered

No worries, Joan.

Do you know the amount of the CD?

Balance Information | Replace My Card

Card Not Working | Account & Routing Number

See more

Write a message...

11:46 SOS

online.citi.com

Riley
Connected

start a new conversation at any time.

I have 2 5 month CD accounts maturing on 7/26/26 and 8/9/26. The one maturing on 8/9/26 is not listed in my account

Read

I will be happy to help with that. Allow me a moment to check the details for you.

11:33 AM

We may be able to complete verification by sending you a one-time code in a text message. Normal cell phone charges may apply. Could you provide a cell number for a text?
(You can provide your cell number in the secure form which I have shared)

**Citibank/Citicards-Verify Phone Number**

Write a message...

11:46 SOS

online.citi.com

Riley
Connected

**Citibank/Citicards-Verify Phone Number**

This is a secure form. Information entered here is protected and cannot be accessed once submitted.

Fill in form

Please do fill your phone number, in the form I have shared

11:35 AM

You haven't responded in a while. Please send a message to keep this conversation open.

It's been over 4 minutes 15 seconds since we've heard from you. If we don't hear from you, the conversation will end. You can start a new conversation at any time.

Why do you need to verify me? I am only inquiring about a missing account If in fact the account is available, all I need is put the account back where it belongs. You

*Write a message...*

11:46 SOS

online.citi.com

**Riley**
Connected

Why do you need to verify me? I am only inquiring about a missing account If in fact the account is available, all I need is put the account back where it belongs. You don't need to verify me to make this correction

Delivered

I understand your concern.
However, to make any changes to your account, including re-linking a missing CD account, or to access any specific account details, I am required to complete this verification process. This is a critical security step designed to protect your account and your financial information from unauthorized access or changes.

11:40 AM

You haven't responded in a while. Please send a message to keep this conversation open.

It's been over 4 minutes 15 seconds since we've heard from you.

If we don't hear from you, the conversation will end. You can

*Write a message...*

11:46 SOS

online.citi.com

R Riley
Connected

account, including re-linking a missing CD account, or to access any specific account details, I am required to complete this verification process. This is a critical security step designed to protect your account and your financial information from unauthorized access or changes.

You haven't responded in a while. Please send a message to keep this conversation open.

It's been over 4 minutes 15 seconds since we've heard from you. If we don't hear from you, the conversation will end. You can start a new conversation at any time.

I don't care about what you are required to do. All I know is that my banking information should be accurate. If I find any inaccurate information, and Citi refuses to take appropriate action, I will add the inaccurate information to my police report

Delivered

Write a message...

#10

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

Copy of Complaint Against Citibank

Consumer Complaint Case: BKC-2024-01582198

Date Submitted: 03/14/2024

| Complaint Type | |
|---|---|
| Is this related to COVID-19 or Civil unrest? | No |
| Which product or service best describes your complaint? | Banking/Non-Mortgage |
| Please select your Non-Mortgage related item | Bank Account |
| Are you a representative filling out this form for someone else? | No |
| I authorize the entity or individual named in this complaint to furnish to the Department of Financial Services any information related to this matter. | Yes |
| **Who is the person with a complaint?** | |
| Name: | Joan Ifediba Ochei |
| Address: | PO Box 1399 |
| Business Name: | |
| City/State/Zip: | New York NY 10159-1399 |
| Phone: | (212) 262-7882 |
| Fax: | |
| Email: | Joanio12@icloud.com |
| **Who is the person or entity you are complaining about?** | |
| Business Name | Citigroup |
| First Name: | |
| Last Name: | |
| Address 1: | 388 Greenwich Street |
| Address 2: | |
| City: | New York |
| State: | NY |
| Zip: | 10013 |
| Phone: | (800) 285-3000 |
| Email: | |
| **Who did you speak to/contact at the company?** | |
| Name | Dayanna Andrade |
| Title | Personal Banker |

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

Consumer Complaint Case: BKC-2024-01582198 Date Submitted: 03/14/2024

| | |
|---|---|
| What is the company's response to you? | My canals are always routed to Citibank and Citicards call center agents who always refused to direct my calls to the appropriate team |
| Was the product or service advertised? | No |
| Did you sign a contract? | Yes |
| **Complaint Details** | |
| What is the date of the transaction? | 02/23/2024 |
| If you lost money, how much money did you lose? | |
| What method did you use to pay? | |
| **Additional Information** | |
| Is a Court or Legal Action pending for this matter? | No |
| Have you submitted this matter to another agency or attorney? | No |
| Are you a whistleblower? | No |
| Is this complaint regarding Elder Financial Abuse? | Yes |
| Please enter the details of your complaint here | |

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

Consumer Complaint Case: BKC-2024-01582198 Date Submitted: 03/14/2024

A. The unlawful interference with my linked Citibank accounts that was first discovered in 201.3

1. The dramatic events that surrounded the first known Interference with my primary Citicards credit card account in 2013

Following an outrageous police report on 8/1/2013 at the Best Buy store #: 1448 by a manager named Sy Paulson who falsely claimed that I was trying to make a purchase with a stolen credit card, two NYPD officers, Bast, Badge #: 24074, and Conde,Badge #: 19049 from NYPD 20th precinct who responded to this manager's "911 Call" seized and detained me at the store and searched my entire personal belongings for over one hour, before first coercing me to sign a fabricated charge of trespassing.

Upon realizing that I was not going to sign the paperwork for this fabricated charge or admit to any wrongdoing, while ordering me to leave the store on 8/1/2013,, without explaining why, these two NYPD officers, Bast and Conde then proceeded to warn me not to ever shop at the Best Buy store #: 1448 again.

Finding no reason to heed to this baseless warning not to ever shop at this Best Buy retail store, on 8/2/2013, I returned to the same Best Buy store #:1448 to purchase the same item with the same supposedly stolen credit card, but the same NYPD officers, Bast and Conde, from NYPD 20th precinct returned to this store location again This second appearance by these two NYPD officers on 8/2/2013 was staged by a Best Buy cashier who refused to process my credit card payment transaction and a security guard named Torres.

On 8/2/2013, these two NYPD officers, Bast and Conde, also enlisted the help of other NYPD officers who detained me in hand cuffs inside a police patrol car for over two hours before transporting me to NYPD 20th precinct for further detention at a freezing area of police holding cells

Around 4:00 am on 8/3/2013, two NYPD officers transported me downtown to the NYPD central booking office where I was further detained for nearly 24 hours until around 1:00am on 8/4/2013

Before appearing in front of the judge for my arraignment around 1:00am on 8/4/2013, the unilaterally assigned legal aid society attorney, named Sam Robert had already briefed me regarding my case, including explaining that the charge in the accusatory instrument cited "TRESPASSING" as the only charge against me.

Following repeated court appearances during the ensuing malicious prosecution by the NY district attorney's office, upon dismissal of my case, the district attorneys's office and/or the legal aid society attorney, Sam Robert, Inexplicably changed the charge of "TRESPASSING" in the original accusatory instrument on 8/4/2013, to a

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

Consumer Complaint Case: BKC-2024-01582198 Date Submitted: 03/14/2024

totally different charge of "SHOPLIFTING" without counseling me regarding this newly fabricated and defamatory charge

Following my arraignment and release from jail around 1:00am on 8/4:2013, upon arriving home in the middle of night, I discovered that NYPD officers had removed the keys to my home and mailbox from my seized key chain in their custody and possession.

Upon realizing around 2:00am on 8/4/2013, that these items were missing from the key chain that was handed to me at the NYPD central booking office, I had to walk approximately 40 blocks from my home at 45th street on 8th Ave to NYPD 20th precinct located at 120 West 82nd Street, NYC

Following receipt of my seize personal belongings on 8/4/2013 that were in police custody since the day of my arrest on 8/2/2013), I also discovered that NYPD officers had also stolen some items from my personal belongings in their custody, including a Best Buy transaction receipt, among other things

Immediately following the above-described events on 8//1/2013 to 8/4/2013, Citicards inexplicably and unilaterally changed the account # for my primary Citicards credit card account that ignited the above-described events to a new account # ending in 370.

2. Another dramatic events that surrounded the second known interference with the same primary Citicards credit card account in 2019

On October 16, 2019, while trying to pay the bill for my primary Citicards credit card account through a Citibank ATM terminal, an error code that apparently blocked my access to this account appeared on the screen of this ATM terminal.

During this fruitless effort to pay my credit card bill on 10/16/2019, I also noticed that this primary Citicards credit card account was no longer listed as part of my linked Citibank accounts.

Due to Citicards' past practice of replacing my credit cards with new credit cards with different account numbers annually, at the time of this second known interference with my primary Citicards credit card account in 2019, Citicards had changed the account # for this primary credit card account to a new Citicards credit card account # ending in 1039.

Due to this error code that apparently blocked my access to this primary Citicards credit card account from Citibank ATM terminals since 10/16/2019, and the unilateral delinking of this account from my linked Citibank accounts since October 2016, in continuing efforts to access this account through a Citibank ATM terminals, I made several unsuccessful efforts to obtain information about this error code and

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

Consumer Complaint Case: BKC-2024-01582198 Date Submitted: 03/14/2024

other changes in my Citibank accounts by visiting five different Citibank branch locations.

In 2020, I also filed a consumer complaint with the Consumer Financial Protection Bureau regarding the same issues, but Citicards failed to respond to my complaint.

Due to Citicards' rigid silence while continuing to impose accessibility barriers to the fund in my primary Citicards credit card account by delinking this credit card account from my linked Citibank accounts, and by further closing the account without any notice, this my primary Citicards credit card account has remained inaccessible and dormant since October 2019.

B. Citicards' escalation of its unlawful acts by interfering with my credit card accounts and personal information since 2022

1. Citicards' repeated attacks that targeted my personal information, and my second Citicards credit card account since 2022

In January 2023, upon discovering that Citibank and/or Citicards was engaging in unlawful misuse of my personal information that included unilaterally opening a digital credit card account with my personal information, due to lack of proper telephone service, I began making frequent visits to the Citibank branch located at Madison Ave on 42nd Street in NYC,

During one of my visits to this Citibank branch location on January 16, 2023, while trying to pay the monthly bill for my second Citicards credit card account through a Citibank's ATM terminal, I saw an image (ghost) of my primary Citicards credit card on the screen of this Citibank's ATM terminal.

What really proved that this onscreen display was merely an image of my primary Citicards credit card account and not an actual credit card account was the fact that anytime I tried to access this (ghost) account by tapping on its image on the screen of Citibank's ATM terminals, this image would instantly disappear and then reappear again at the same spot on the screen of these ATM terminals

2. Citicards' fraudulent assignment of the same account number: 0233, to both the (ghost) image of my primary Citicards credit card and my second Citicards credit card account

Strangely, the account number; 0233, on the displayed image (ghost) of my primary Citicards credit card was the same account number: 0233 for my second Citicards credit card account which was the only Citicards credit card account that was available to me since October 2019.

3. Citicards' Blackmailing and Extortion Tactics

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

Consumer Complaint Case: BKC-2024-01582198 Date Submitted: 03/14/2024

During repeated inquiries about this mysterious and confusing image (ghost) of my primary Citicards credit card on the screen of Citibank ATM terminals, Citicard then began engaging in extortion by demanding payment for an arbitrarily produced "balance due" on this inaccessible and dormant Citicards credit card account.

At the same time, Citicards also began engaging in blackmailing that targeted my credit report by escalating the abusive conduct to an unlawful posting of this manufactured "balance due" as a delinquent account in my credit report.

During my repeated telephone contacts with Citibank and Citicards for various issues relating to my accounts, including, the above-referenced repeated telephone contacts to inquire about this mysteriously image (ghost) of my primary Citicards credit card on Citibank's ATM terminal screen, sometime around May, 2023, I noticed a sudden dramatic decrease in my second Citicards credit card account from its historic available credit limit amount of $8800 since 1998 to a mere $500 in May 2023.

In a letter explaining the reason for this dramatic change in my account, while stating that Citicards decision was based solely on information obtained from my credit report, Citicards then simply directed me to contact Equifax for further explanation.

4. Citicards' continuing attacks that resulted in completely barring me access to the $500 available credit limit in my second Citicards credit card account since November 2023

During a transaction at a local PC Richard and son retail store that triggered a Citicards' fraud alert from an unspecified fraudulent activity in an earlier transaction at a local Home Depot retail store on 11/12/2023, Citicards then advised me that a replacement card would be sent to me as part of its efforts to correct the defects that triggered the fraud alert.

But whatever action Citicards took to correct the above-referenced defects apparently accelerated the disintegration of this my second Citicards credit card account by totally barring me access to the remaining fund ($500) on this account with the following actions: (1) disabling all the electronic fund transfer features, including the contactless, the chip, and the magnetic swipe payment features, (2) delinking the account from my linked Citibank accounts, and (3) repeatedly triggering various forms of security alerts while trying to make payment with this second Citicards credit card.

During my repeatedly failed payment transactions with this my second Citicards credit card, these fraud alerts would always force merchants to rightfully decline payments with this my second Citicards credit card

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

Consumer Complaint Case: BKC-2024-01582198 Date Submitted: 03/14/2024

During one of these embarrassing security alerts, a merchant handed a printout of the security alert message to me. On the printed copy of the security alert message, the word "SEC VIOLATION" was printed on the receipt.

C. Events surrounding Citibank's attacks that began barring me access to my other Citibank accounts

1. Citibank agents' unlawful acts that proceeded to inexplicably removing my newly opened CD account from my linked Citibank account

Before realizing the seriousness of the above-described interferences with my Citibank accounts, on 1/9/2023, I initiated a transaction that proceeded to opening of a new CD account by transferring fund from my Citibank checking account# ending in 387 to this newly opened CD account.

During this CD account opening transaction on 1/9/2023, after signing a document that was presented to me as part of this CD account-opening transaction, the Citibank agent who was processing this CD account opening transaction took this signed document from me before accompanying me to the tellers' counter. At the tellers' counter, this Citibank agent again directed me to sign another document that would supposedly grant a teller access to my checking account for transfer of fund for the new CD account

Upon completion of this CD account opening transaction on 1/09/2023, Citibank agents handed me a package with variously descriptions of Citibank's new banking policies that included a description of how the instant new CD account opening transaction would automatically convert my Citibank accounts to "CITIBANK SIMPLIFIED BANKING", indicating that all my Citibank accounts would be linked together.

2. Citibank agents deceptive conduct by failing to follow the proper banking procedure

First, upon reviewing the package that Citibank agent handed to me on 1/09/2023, I noticed that Citibank agents did not include photocopies of the two documents I signed during this new CD account opening transaction.

Second, contrary to the information about Citibank's "SIMPLIFIED BANKING", Citibank agents failed to link this new CD account with my other Citibank account or provide any information regarding the location of this CD account

In response to my inquiries about my missing fund, Citibank agents declared that the new CD account was opened as a "STAND ALONE"CD account

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

Consumer Complaint Case: BKC-2024-01582198 Date Submitted: 03/14/2024

Following repeated phone calls to Citibank security team regarding this missing CD account, Citibank finally started listing the new CD account in my monthly Citibank accounts statement.

3. Citibank agents' continuing attacks that resulted in the mysterious removal of both my first CD accounts that was opened on 1/09/23 and my second CD account which I opened on 12/27/23 from my linked Citibank accounts

First, due to memory lapse about the details of my first CD accounting opening transaction on 1/09/23, including the above-referenced failure to give me copies of the documents I signed on 1/09/23, second, due to Citibank's action in granting my request to add my first CD account as part of my linked Citibank accounts, while still addressing other issues relating to my Citicards credit card accounts, and identity theft that resulted in a Citicards digital credit card account, in December 2023, I decided to open another CD account

During this second new CD account opening transaction on 12/27/2023, another Citibank agent named Wendy, at the same Citibank branch location, Madison Ave on 42nd street NYC, repeated the same steps that was taken by another Citibank agent during my first CD account opening on 1/09/2023

While signing a document during this second CD account opening transaction on 12/27/23, due to a sudden recollection of the events that occurred during my first CD account opening transaction on 1/09/2023, before giving this signed document back to this Citibank agent's, Wendy I requested a copy of the signed document for my record.

In response to my request, this agent immediately took this signed document from me before telling me that Citibank does not give a copy of this document to its customers

While ignoring my comments regarding this matter, this Citibank agent, Wendy,began engaging in hostile and anger provoking acts that included interrupting my sentence with derogatory comments and ordering me to follow her to the tellers' counter for the final step of the CD account opening transaction

While ordering me to follow her to the tellers' counter, this agent also handed me a file with Citibank account opening package which contained the same information as the package I received on 1/09/23, with respect to Citibank banking policies

Based on a strong perception that Citibank agent's hostile and condescending acts were deliberate efforts to ignite an altercation that would undoubtedly disrupt the instant CD account opening transaction by bringing Citibank security guards and/or NYPD officers to the scene, rather than allowing the matter to escalate further, I decided to simply focus my attention on completing the CD account opening